IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| SUSAN SAENZ, | ) | No. CV 08-543-TUC-CKJ (JCG) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On May 26, 2009, Magistrate Jennifer C. Guerin issued a Report and Recommendation [Doc. #14] in which she recommended that this Court grant the relief requested in Plaintiff's Opening Brief [Doc. #12]. No objections to the Report and Recommendation have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. #14] is ADOPTED;

2. This matter is REMANDED to the Commissioner for an award of benefits, consistent with the findings set forth in the Report and Recommendation.

3. Judgment shall be entered in favor of Plaintiff.

4. The Clerk of the Court shall enter judgment in this case and shall then close its file in this matter.

DATED this 6th day of January, 2010.

Cindy K. Jorgenson
United States District Judge